UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

VLADIMIR ERNESTO MELGAR
CLAVEL,

Petitioner,

v.

SAMUEL OLSON, et al.,

Respondents.

CAUSE NO. 3:26-CV-326-CCB-SJF

## ORDER

In a prior order, the court conditionally granted the petition for a writ of habeas

corpus under 28 U.S.C. § 2241 and ordered the respondents to release the petitioner if

he was not provided with an individualized bond hearing on or before April 15, 2026.

(ECF 9.) The respondents notified the court that the petitioner had a bond hearing on

April 15, 2026. (ECF 13.) Therefore, the court **DIRECTS** the clerk to enter judgment

consistent with the court's order and to close this case.

SO ORDERED on April 29, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT